FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 14 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 11-2433 |
| vs. | ) | Count 1: 18 U.S.C. § 661: Embezzlement (Felony). |
| **GRACIELA JIMENEZ**, | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about the date listed below, on Kirtland Air Force Base, within the special maritime and territorial jurisdiction of the United States, in the District of New Mexico, the defendant, **GRACIELA JIMENEZ**, did knowingly take and carry away, with intent to steal and purloin, property of the American Federation of Government Employees ("AFGE") Local 2263 with a value of more than $1,000.

| Check # | Date | Payee | Check Amount | Purpose |
|---|---|---|---|---|
| 2674 | 12/04/2007 | Grace Jimenez | $1,500.00 | Lunch & Learn |

In violation of 18 U.S.C. § 661.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
09/12/11 7:59am